The Continental National Bank, of Boston, *v.* Henry W. Straus, Impleaded, etc., Respondent.

Argued and decided with *Continental Bank* v. *Strauss* (*ante*, page 48).